McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
BENJAMIN C. SANDEL
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH R. MUNOZ,<br><br>    Defendant. | MAG. NO. 06-0280 DAD<br><br>PROBATION REVOCATION PETITION,<br>NOTICE OF HEARING and<br>ORDER<br><br>DATE: July 24, 2007<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

On January 16, 2007, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Dale A. Drozd:

1. Unsupervised court probation for a term of three years;
2. A forty-eight (48) hour term of imprisonment with the Bureau of Prisons;
3. Enroll, participate in, and successfully complete the first time offender alcohol education and counseling program, licensed pursuant to Section 11836 of the California Health and Safety Code:

///

1

                a.    Defendant shall provide proof of enrollment to the United States Attorney's Office, Misdemeanor Unit, within 30 days of judgment, and

                b.    Defendant shall provide proof of completion to the Misdemeanor Unit; and

       4.    An eight hundred ($800) dollar fine and twenty ($20) dollar special assessment ($10 for each count), for a total financial obligation of eight hundred and twenty ($820) dollars, payment due immediately.

The United States alleges that the defendant has violated these conditions as follows:

       1.    The defendant has not provided proof of enrollment in, or completion of, an alcohol education and counseling program licensed pursuant to Section 11836 of the California Health and Safety Code;

       2.    The defendant has made one seventy ($70) dollar payment toward the imposed fine and special assessment on 16, 2007, and has made no further payments.

///
///
///
///
///
///
///
///

1     The United States therefore petitions the Court to place
2 this matter on its calendar for 10:00 a.m. on July 24, 2007, to
3 allow the defendant to show cause why the probation granted on
4 January 16, 2007, should not be revoked.

5 DATED: July 3, 2007           Respectfully submitted,

6                                  McGREGOR W. SCOTT
7                                  United States Attorney

8                         By: /s/ Matthew C. Stegman
                            MATTHEW C. STEGMAN
9                             Assistant U.S. Attorney

10

11                         ORDER

12     It is Hereby Ordered that the defendant appear on July 24,
13 2007, at 10:00 a.m., to show cause why the probation granted on
14 January 16, 2007, should not be revoked.

15     IT IS SO ORDERED.
16 DATED: July 6, 2007.

17
18                           /s/ Dale A. Drozd
19                         DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE
20
21
22 Ddad1/orders.criminal/munoz0280.ord
23
24
25
26
27
28