McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
BENJAMIN C. SANDEL
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 06-0280 DAD |
| | ) | |
| Plaintiff, | ) | AMENDED PROBATION REVOCATION |
| | ) | PETITION, NOTICE OF HEARING |
| v. | ) | and ORDER |
| | ) | |
| JOSEPH R. MUNOZ, | ) | DATE:  August 21, 2007 |
| | ) | TIME:  10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Dale A. Drozd |

On January 16, 2007, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Dale A. Drozd:

1.   Unsupervised court probation for a term of three years;

2.   A forty-eight (48) hour term of imprisonment with the Bureau of Prisons;

3.   Enroll, participate in, and successfully complete the first time offender alcohol education and counseling program, licensed pursuant to Section 11836 of the California Health and Safety Code:

a.   Defendant shall provide proof of enrollment

1

1    to the United States Attorney's Office,

2    Misdemeanor Unit, within 30 days of judgment,

3    and

4    b.   Defendant shall provide proof of completion

5    to the Misdemeanor Unit;

6    4.   An eight hundred ($800) dollar fine and twenty

7    ($20) dollar special assessment ($10 for each

8    count), for a total financial obligation of eight

9    hundred and twenty ($820) dollars, payment due

10   immediately.

11   5.   The defendant shall not commit another federal,

12   state, or local crime;

13   6.   The defendant shall not unlawfully possess a

14   controlled substance; and,

15   7.   The defendant shall notify the U.S. Attorney's

16   Office within seventy-two hours of being arrested.

17   The United States alleges that the defendant has violated

18   these conditions as follows:

19   1.   The defendant has not provided proof of enrollment

20   in, or completion of, an alcohol education and

21   counseling program licensed pursuant to Section

22   11836 of the California Health and Safety Code;

23   2.   The defendant has made one seventy ($70) dollar

24   payment toward the imposed fine and special

25   assessment on January 16, 2007, and has made no

26   further payments;

27   3.   On March 15, 2007, the defendant pled guilty to,

28   and received deferred entry of judgment for,`

2

possession of controlled substance paraphernalia in the Justice Court of Gilroy, Santa Clara County, California;

4. On March 15, 2007, the defendant was convicted of possessing or selling a switch-blade knife and sentenced to one day incarceration and two years probation in the Justice Court of Gilroy, Santa Clara County, California; and,

5. The defendant failed to notify the U.S. Attorney's Office of the above referenced conviction or deferred judgment.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

3

1    The United States therefore petitions the Court to place

2 this matter on its calendar for 10:00 a.m. on August 21, 2007, to

3 allow the defendant to show cause why the probation granted on

4 January 16, 2007, should not be revoked.

5 DATED: July 24, 2007                 Respectfully submitted,

6                                      McGREGOR W. SCOTT
                                       United States Attorney
7

8                                 By:  /s/ Kyle Reardon for:
                                       MATTHEW C. STEGMAN
9                                      Assistant U.S. Attorney

10

11                                ORDER

12    It is Hereby Ordered that the defendant appear on August 21,

13 2007, at 10:00 a.m., to show cause why the probation granted on

14 January 16, 2007, should not be revoked.

15    IT IS SO ORDERED.

16 DATED: July 25, 2007.

17

18 _____
                                       Dale A. Drozd
19 _____
   DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

20

21

22 Ddad1/orders.criminal/munoz0280.ord(2)

23

24

25

26

27

28

4